**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN KRAKOWSKI, KEVIN HORNER, and
M. ALICIA SIKES,

                Plaintiffs-Appellants,

-against-

AMERICAN AIRLINES, INC. and ALLIED
PILOTS ASSOCIATION,

                Defendants-Appellees.
-----------------------------------------------------------X

17 **CIVIL** 3237 (KMW)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 17, 2019, the Bankruptcy Court's partial dismissal of the First Amended Complaint and dismissal of the Second Amended Complaint are AFFIRMED.

**Dated:** New York, New York
         December 18, 2019

                                        **RUBY J. KRAJICK**
                                          **Clerk of Court**

                   **By:** _____
                                          **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/19